

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| QUAN XING HE aka QUIONG, HE XIN,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM and the UNITED STATES, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., | Civil Case No. CV01-00068<br><br><br><br>**ORDER** |

On March 31, 2005, the Plaintiff filed a status report concerning the progress of this matter in the Superior Court of Guam. Thereafter, nothing has been filed by either party as to the progress or status of this case. Because the Court would like to proceed with this case and is unaware of the status of this matter, the plaintiff is **HEREBY ORDERED** to submit a detailed status report regarding the status of this matter by close of business, Wednesday, February 15, 2006. In addition, the plaintiff shall inform the Court as to why this case against the defendants should not be closed in this Court pending resolution of the local matter.

**SO ORDERED** this Thursday, February 9, 2006

*/s/ Larry A. Burns*
LARRY ALAN BURNS*
District Court of Guam

---

*The Honorable Larry Alan Burns, United States Senior District Judge for Southern District of California, by designation.