# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Quan Xing He aka Quiong, He Xin,<br><br>Plaintiff,<br><br>vs.<br><br>Government of Guam, et al.,<br><br>Defendants. | Case No. 1:01-cv-00068<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order filed February 10, 2006, on the dates indicated below:

Office of the Attorney General          Wayson S. W. Wong
February 10, 2006                       February 10, 2006

U.S. Attorney's Office                  Terrence E. Timblin
February 13, 2006                       February 10, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

**Order filed February 10, 2006**

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 13, 2006                 /s/ Virginia T. Kilgore
                                        Deputy Clerk