Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagtna, Guam 96910
Ph. 475-7448

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAR - 8 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| QUAN XING HE aka QUIONG, HE XIN, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, the UNITED STATES and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendants. | Civil Case No.: 01-00068 <br><br> CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2006, a copy of Plaintiff's Status Report to the Court, was served by United States mail, postage prepaid, addressed to the following at his last known address, and by fax to him at fax no. 472-7215.

> Mikel W. Schwab, Esq.
> Assistant U. S. Attorney
> U. S. Attorney's Office - Guam
> 108 Herman Cortes Ave., Suite 500
> Hagatna, Guam 96910
>
> Attorney for Defendant United States

Dated: Hagatna, Guam, March 7, 2006.

*Wayson W. S. Wong*
Wayson W. S. Wong
Attorney for Plaintiff

ORIGINAL