Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 101
Hagatna, Guam 96910
Ph. 475-7448

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
OCT 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| QUAN XING HE aka QUIONG, HE XIN, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM and the UNITED STATES, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendants. | Case No.: 01-00068 <br><br> PLAINTIFF'S STATUS REPORT TO THE COURT; CERTIFICATE OF SERVICE |

## PLAINTIFF'S STATUS REPORT TO THE COURT

Plaintiff Quan Xing He aka Quiong, He Xin ("Mr. He"), by and through his attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson W. S. Wong, A Professional Corporation, pursuant to this Court's request on October 13, 2006, provides this Court with a status report.

As the record indicates, this action was stayed pending the determination of the related action entitled He v. Government of Guam, et al., Civil Case No. CV0631-02, currently pending in the Superior Court of Guam ("Superior Court case").

On May 23, 2006, the Superior Court case was tried before the Honorable Elizabeth Barrett-Anderson. Post trial pleadings were completed in July 2006. The parties are awaiting that Court's Findings of Fact and Conclusions of Law for the trial.

The resolution of the Superior Court case could resolve this case pending in this Court. Thus, Mr. He and defendant United States stipulated to stay these proceedings pending the determination of the Superior Court case. In the interests of judicial economy, Mr. He respectfully asks this Court to continue to allow this case to be stayed, pending the determination of the Superior Court case.

Dated: Hagatna, Guam, October 17, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| QUAN XING HE aka QUIONG, HE XIN,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM, the UNITED STATES and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendants. | Civil Case No.: 01-00068<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing document, was duly served by U.S. mail, postage prepaid, upon the following at his last known address.

> Mikel W. Schwab, Esq.
> Assistant U. S. Attorney
> U. S. Attorney's Office - Guam
> 108 Herman Cortes Ave., Suite 500
> Hagatna, Guam 96910
>
> Attorney for Defendant United States

Dated: Hagatna, Guam, October 17, 2006.

Wayson W. S. Wong
Attorney for Plaintiff